James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: 3:20-cv-6574<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER PSEUDONYM |

The Court, having considered Plaintiff's submission, hereby GRANTS Plaintiff's motion for administrative relief to proceed under a pseudonym. The Clerk is hereby directed to sign, seal and issue the proposed summons.

IT IS SO ORDERED.

Dated: September 24, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge