James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, | Case No.: 3:20-cv-6574 |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| UNITEDHEALTHCARE INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own fees and costs.

| | | |
|---|---|---|
| Dated: June 29, 2021 | | BOLT KEENLEY KIM LLP<br>James P. Keenley<br>Emily A. Bolt<br>Brian H. Kim |
| | By: | */s/ James P. Keenley*<br>James P. Keenley<br>Attorneys for Plaintiff Zheng Wang |
| Dated: June 29, 2021 | | ROPERS MAJESKI PC<br>Blake J. Russum |
| | By: | */s/ Peter J. Felsenfeld*<br>Peter J. Felsenfeld<br>Hinshaw & Culbertson LLP<br>Attorneys for Defendant<br>Unitedhealthcare Insurance Company |

### **FILER'S ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

DATED: 6/30/2021

GRANTED
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA